■■■■ BRENDA LARIVEY, Individually and as Mother and Natural Guardian of J.M., an Infant, Respondent, v JAMES SOLOMON, Appellant, et al., Defendant. (Appeal No. 2.) [852 NYS2d 885]—

Same memorandum as in *Solomon v Larivey* (49 AD3d 1274 [2008]). Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.